# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

KAY WADE                                                                                                  PLAINTIFF

v.                                              No. 5:13CV00282 JLH

ARKANSAS DEPARTMENT
OF CORRECTION                                                                                      DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of the Arkansas Department of Correction on the claims of Kay Wade. The complaint of Kay Wade is dismissed with prejudice, and the relief is denied.

IT IS SO ORDERED this 22nd day of January, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE